No. 1171, Misc.   McCASLAND v. SWENSON, WARDEN. Sup. Ct. Mo.  Certiorari denied.  Petitioner *pro se. Norman H. Anderson,* Attorney General of Missouri, and *Howard L. McFadden,* Assistant Attorney General, for respondent.

No. 1233, Misc.   STANCAVAGE v. HOOVER ET AL.   C. A. D. C. Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall* for respondents.

No. 1276, Misc.   STONE v. UNITED STATES.   C. A. 6th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Donald I. Bierman* for the United States.

No. 1321, Misc.   ELY v. NEW YORK.   Ct. App. N. Y. Certiorari denied.  *Michael M. Klein* for petitioner. *Frank S. Hogan* and *H. Richard Uviller* for respondent.

No. 1349, Misc.   SANTOS v. WILSON.   C. A. 9th Cir. Certiorari denied.

No. 1351, Misc.   LILLIBRIDGE v. MISSOURI.   Sup. Ct. Mo.  Certiorari denied.

No. 1367, Misc.   WALTENBERG v. BYRNE, COUNTY PROSECUTOR OF ESSEX COUNTY.   C. A. 3d Cir.  Certiorari denied.

No. 1400, Misc.   CHAFFEE v. JOHNSON, GOVERNOR OF MISSISSIPPI, ET AL.   C. A. 5th Cir.  Certiorari denied. *Paul O'Dwyer* and *Carl Rachlin* for petitioner.